# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**RHONDA HALL**                                                                 **PLAINTIFF**

**VS.**                              **No. 2:22-cv-00123  PSH**

**KILOLO KIJAKAZI, Acting Commissioner,**
    **Social Security Administration**                                 **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE